**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CARLOS SANCHEZ-CAMACHO, | |
| Petitioner, | Case No. 2:25-cv-02343-MMD-DJA |
| v. | **TRANSFER ORDER** |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

This Petition for Writ of Habeas Corpus (ECF No. 1) is related to three putative habeas class actions pending before the Honorable Richard F. Boulware, II in Case Nos. 2:25-cv-01542-RFB-EJY, 2:25-cv-01553-RFB-BNW, and 2:25-cv-02136-RFB-MDC. The actions involve similar questions of fact and law, and assignment to the same district judge is likely to result in a substantial conservation of judicial effort. See LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. See LR 42-1(a)(5). Because the cases are related, assignment to the same judge will likely result in substantial savings of judicial effort, and it will likely reduce the duplication of labor. See FED. R. CIV. P. 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 2:25-cv-02343-MMD-DJA to the judge to whom the earliest-filed action is assigned for all further proceedings.

///

///

///

1    For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly
2  directed to transfer Case No. 2:25-cv-02343-MMD-DJA to Judge Richard F. Boulware, II.
3    **IT IS FURTHER ORDERED** that the Clerk of Court is instructed to administratively
4  **RELATE** this matter to Case Nos. 2:25-cv-01542-RFB-EJY, 2:25-cv-01553-RFB-BNW, and
5  2:25-cv-02136-RFB-MDC.

7    **DATED:** November 26, 2025.

_____         _____
**RICHARD F. BOULWARE, II**               **MIRANDA M. DU**
**UNITED STATES DISTRICT JUDGE**          **UNITED STATES DISTRICT JUDGE**