TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS SANCHEZ-CAMACHO,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as ICE Field Officer Director, JOHN MATTOS, in his official capacity as the warden of the Nevada Southern Detention Facility, PAMELA BONDI, in her official capacity as the United States Attorney General, The Executive Office for Immigration Review United States Immigration and Customs Enforcement,<br><br>Respondents. | Case No. 2:25-cv-02343-RFB-DJA<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to Order to Show Cause (ECF No. 5)**<br><br>**(First Request)** |

Petitioner Carlos Sanchez-Camacho ("Petitioner") and Federal Respondents Kristi

Noem, Todd Lyons, Marcos Charles, Pamela Bondi, the Executive Office for Immigration

Review and United States Immigration and Customs Enforcement ("Federal

Respondents"), through undersigned counsel, hereby submit this Stipulation for an

extension of time for Federal Respondents to File a Response to this Court's Order to

Show Cause ("OSC") why the Writ should not be granted, ECF No. 5. At present Federal

Respondents' response to the Order to Show Cause is December 2, 2025. Federal

Respondents received the OSC late on Friday afternoon, November 28, 2025. On

November 28, 2025, Federal Respondents requested an extension to respond to the OSC

from Petitioner's counsel. Petitioner's counsel agreed to a one-week extension until and

including December 9, 2025.

Accordingly, the parties respectfully request that the Court approve this stipulation

and extend the deadline for Federal Respondents to file a response to the Order to Show

Cause from December 2, 2025, to December 9, 2025. This request is made in good faith

and not for the purpose of delay.

Respectfully submitted this 1st day of December 2025.


CONTIGO LAW                          SIGAL CHATTAH
                                     First Assistant United States Attorney

/s/ Alec S. Bracken                  /s/ Virginia T. Tomova
Alec S. Bracken (USB 17178)          VIRGINIA T. TOMOVA
PO Box 249                           Assistant United States Attorneys
Midvale, Utah 84047
Phone: 801-980-9430
Email: alec@contigo.law
and
T. Laura Lui
NV Bar No. 5534
FILMORE SPENCER LLC
525 W 5300 S #200
Murray, UT 84123

*Attorneys for Petitioner*


IT IS SO ORDERED.

DATED this 2nd day of December, 2025.


_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE