TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS SANCHEZ-CAMACHO,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as ICE Field Officer Director, JOHN MATTOS, in his official capacity as the warden of the Nevada Southern Detention Facility, PAMELA BONDI, in her official capacity as the United States Attorney General, The Executive Office for Immigration Review United States Immigration and Customs Enforcement,<br><br>Respondents. | Case No. 2:25-cv-02343-RFB-DJA<br><br>**Stipulation for Extension of Time to Respond to Petitioner's Motion for Attorney Fees (ECF No. 19)**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b) and LR 6-1, the parties, through undersigned counsel, request a 30-day extension of Federal Respondents' deadline to respond to Petitioner's Motion for Attorney Fees (ECF No. 19), from January 21, 2026, to **February 20, 2026**. This extension is necessary because undersigned AUSA has been on leave caring for a family member, and because undersigned AUSA is handling multiple active habeas immigration cases – much like the one originally brought by Petitioner – and needs to

prioritize answering those petitions and motions for temporary restraining orders or preliminary injunctions. Thus, Federal Respondents request, and Petitioner agrees to, an additional 30-day extension of time to respond to Petitioner's motion for attorney fees.

This is the first request for an extension of time for Federal Respondents to respond to Petitioner's motion. This request is made in good faith and not for the purpose of undue delay.

Accordingly, the parties, through undersigned counsel, respectfully request that the Court extend the time for Federal Respondents to respond to Petitioner's motion to **February 20, 2026**.

Respectfully submitted this 16th day of January 2026.

| | |
|---|---|
| SIGAL CHATTAH<br>First Assistant United States Attorney | CONTIGO LAW |
| */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney | */s/ Alec S. Bracken*<br>ALEC S. BRACKEN<br>P.O. Box 249<br>Midvale, Utah 84047<br>alec@contigo.law |
| *Attorneys for Federal Respondents* | *Attorney for Petitioner* |

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED: January 20, 2026.**